CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 23 2018

JULIA C. DUDLEY, CLERK
BY: A. Beeson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:17CV441 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOHN MARSTELLER, | ) | By: Glen E. Conrad |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the United States' motion for alternate service of process (Dkt. No. 5) is **GRANTED**. The United States is permitted to serve the summons and complaint by email to defendant at marsteller@tsleag.com.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff and all counsel of record.

DATED: This 22nd day of May, 2018.

_____
Senior United States District Judge