CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 2 5 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Action No. 7:17CV00441 |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | Hon. Glen E. Conrad |
| JOHN MARSTELLER, | Senior United States District Judge |
| Defendant. | |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The United States' motion for default judgment against John Marsteller (Docket No. 11) is **GRANTED**;

2. Judgment is entered in favor of the United States and against John Marsteller in the amount of $44,295.89, as of August 1, 2017, plus statutory interest and penalties accruing thereafter until paid; and

3. This action shall be stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the defendant and all counsel of record.

DATED: This 25th day of September, 2018.

_____
Senior United States District Judge